# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>    v.<br><br>T. STANKORB, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:11-cv-01425-LJO-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COMPLETE ORDER AS MOOT<br><br>Doc. 11 |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2012, Plaintiff filed a motion for a complete order from the Court. Doc. 11. Plaintiff attached two Notices of Electronic Filing as examples. *Id.* The Court notes that on December 13, 2011, the Clerk of the Court sent Plaintiff various notices of electronic filing. The Court notes that there are no orders attached to these notices, and Plaintiff has received all of the orders from this Court.

> Routine Orders. The Court may grant routine orders by a text-only entry upon the docket. In such cases, no PDF document will issue; the text-only entry shall constitute the Court's only order on the matter. The System will generate a "Notice of Electronic Filing" as described in these procedures for purposes of electronic service, and the Clerk will effect conventional service if required.

Local Rule 137(e).

      Accordingly, Plaintiff's Motion is DENIED as moot. IT IS SO ORDERED.

Dated:   April 23, 2012

UNITED STATES MAGISTRATE JUDGE