# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>T. STANKORB, et al.,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | CASE NO: 1:11-cv-01425-LJO-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>Docs. 6, 9, 10, 13 |

On August 25, 2011, Plaintiff Rex Chappell ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2011, January 9, 2012, and March 12, 2012, Plaintiff filed a Motion for a Temporary Restraining Order, a Notice of Motion for Temporary Restraining Order, and a Motion for Preliminary Injunction to direct prison officials to make Plaintiff single cell status. Docs. 6, 9, 10. On April 23, 2012, the Magistrate Judge construed these as motions for a preliminary injunction and issued Findings and Recommendations to deny the motions. Doc. 13. On May 18, 2012, the Magistrate Judge granted Plaintiff's motion for extension of time to file objections. Doc. 16. Plaintiff has not filed any objections.

//

//

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 23, 2012, are ADOPTED, in full; and

2. Plaintiff's motions for preliminary injunction, filed December 9, 2011, January 9, 2012, and March 12, 2012, are DENIED.

<u>IT IS SO ORDERED.</u>

**Dated:     July 9, 2012**                       /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE