# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>T. STANKORB, et al.,<br><br>　　　　　Defendants. | ) 1:11cv01425 LJO DLB PC<br>)<br>) ORDER ADOPTING FINDINGS<br>) AND RECOMMENDATIONS AND<br>) GRANTING DEFENDANTS' MOTION TO<br>) REVOKE PLAINTIFF'S IN FORMA<br>) PAUPERIS STATUS<br>) (Document 42)<br>)<br>) ORDER VACATING ORDER GRANTING<br>) PLAINTIFF'S IN FORMA PAUPERIS<br>) STATUS<br>) (Document 3)<br>)<br>) ORDER TO PAY FILING FEE WITHIN<br>) THIRTY (30) DAYS |

　　　　Plaintiff Rex Chappell ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  This action is proceeding on Eighth Amendment claims against Defendants Holland, Reed, Stankorb, Miner, Bryant, Haak, Matzen and Frazier.

　　　　On October 25, 2013, Defendants filed a Motion to Revoke Plaintiff's in Forma Pauperis Status under 28 U.S.C. § 1915(g).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

1

On February 14, 2014, the Magistrate Judge issued Findings and Recommendations that Defendants' motion be granted.  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty days.  Neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 14, 2014, are ADOPTED in full;
2. Plaintiff's in forma pauperis status is REVOKED;
3. The Court's October 6, 2011, order granting Plaintiff's motion to proceed in forma pauperis is VACATED;
4. Plaintiff is REQUIRED to pay the $400.00 filing fee within thirty (30) days of the date of service of this order; and
5. Defendants SHALL file a responsive pleading within fifteen (15) days after receipt of electronic notification that Plaintiff has paid the filing fee.

**Failure to pay the filing fee will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 31, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE